IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WOLF,<br>　　　Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN[1],<br>Commissioner of Social Security,<br>　　　Defendant. | :<br>:<br>: | NO. 12-4932 |

## ORDER

J. CURTIS JOYNER, S.J.

AND NOW, this 18th day of September, 2013, upon consideration of the Plaintiff's Request for Review and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

　　1. The Report and Recommendation is APPROVED and ADOPTED;

　　2. Plaintiff's Request for Review is DENIED.

BY THE COURT:

*/s/ J. Curtis Joyner*
J. CURTIS JOYNER, S.J.
UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for previous Commissioner Michael J. Astrue as defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).